UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAFIA LAWAL,

          Plaintiff,

          -against-

AGACI, INC.,

          Defendant.
------------------------------------------------------------x

22-CV-2591 (PAE) (OTW)

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 11. The Initial Case Management Conference scheduled for July 7, 2022 is adjourned to **Tuesday, August 2nd, 2022 at 2:00 p.m.** The parties shall file their Proposed Scheduling Order by July 26, 2022. All other directives in ECF 10 are unchanged.

Plaintiffs' request for leave to serve the Defendant by service on the California Secretary of State and by email is **GRANTED**. The deadline for Plaintiff to effectuate service is extended to **July 29, 2022**.

      SO ORDERED.

Dated: June 29, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge