UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAFIA LAWAL,

              Plaintiff,

           -against-

AGACI, INC.,

              Defendant.
------------------------------------------------------------x

22-CV-2591 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff filed her initial complaint in this matter on March 31, 2022. (ECF 6). After the summons was issued (ECF 9), I scheduled an Initial Case Management Conference, set for July 14, 2022. (ECF 10). Plaintiff asked for the Conference to be adjourned twice so that Defendant would have more time to appear in the action. (*See* ECF 11 and 15). Following Defendant's failure to respond to the Complaint, Plaintiff requested and obtained a clerk's entry of default on September 12, 2022. (ECF 19).

Accordingly, Plaintiff shall file a motion for default judgment by **September 23, 2022**. Any motion for default judgment is to be filed in accordance with Judge Engelmayer's Individual Rules and Practices for Civil Cases, found at http://www.nysd.uscourts.gov/judge/Engelmayer. Failure to file a motion for default judgment by September 23 may result in the Court recommending dismissal for failure to prosecute.

Plaintiff is directed to serve a copy of this Order on the Defendant and file proof of service on the docket.

**SO ORDERED.**

Dated:  September 13, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge