**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RAFIA LAWAL,

              Plaintiff,                      22-CV-2591 (PAE) (OTW)

            -against-                      **ORDER**

AGACI, INC.,

              Defendant.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Case Management Conference scheduled for September 14, 2022, is adjourned *sine die*.

        **SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated:  September 13, 2022                          **Ona T. Wang**
         New York, New York                   United States Magistrate Judge